IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDSAY E. REHDERS JONES     PLAINTIFF

    v.      Civil No. 13-6038

MICHELLE REEVES, Nurse, Garland
County Detention Center; DISPATCHER
STACY SHIRLEY (or WILLINGHAM);
MIKE MELACON, Assistant Case Worker
Tuggle Clinic; MARK FRASIER, Public
Defender; SERGEANT AINSLEE; and
DEPUTY SEVERENS     DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2013), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

By order (ECF No. 3) entered on April 18, 2013, Plaintiff was directed to submit an amended complaint. In the amended complaint, Plaintiff was told to state specifically how each Defendant violated her civil rights. The amended complaint was to be filed by May 9, 2013. To assist Plaintiff in filing the amended complaint, the Clerk was directed to mail the Plaintiff a court-approved § 1983 form.

To date, the Plaintiff has not filed the amended complaint. No mail has been returned to the Court as undeliverable. Plaintiff has not requested an extension of time to comply with the order. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this action be dismissed for failure to comply with an order of the

Court and failure to prosecute this case. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of August 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE