```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

LINDSAY E. REHDERS JONES                              PLAINTIFF

    V.                      Civil No. 13-6038

MICHELLE REEVES, Nurse, Garland
County Detention Center; DISPATCHER
STACY SHIRLEY (or WILLINGHAM);
MIKE MELACON, Assistant Case Worker
Tuggle Clinic; MARK FRASIER, Public
Defender; SERGEANT AINSLEE; and
DEPUTY SEVERENS                                       DEFENDANTS

## O R D E R

On this 12th day of September 2013, there comes on for consideration the report and recommendation filed in this case on August 22, 2013, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 5). No objections were filed to the report and recommendation.

Plaintiff was directed to submit an amended complaint (doc. 3). This order and a form to assist her was mailed to her at the address on file and was not returned to the Court as undeliverable. Plaintiff has not had any contact with the Court since the filing of her initial complaint on April 18, 2013. The copy of the report and recommendation sent to Plaintiff was returned as undeliverable, however, Plaintiff never provided the Court with an updated address.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in

its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to obey the orders of this Court and/or failure to comply with Local Rule 5.5(c)(2) for the Eastern and Western Districts of Arkansas. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                  /s/ Robert T. Dawson  
                                  Honorable Robert T. Dawson  
                                  United States District Judge